IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>            Plaintiff(s),<br>     v.<br><br>FELD ENTERTAINMENT INC., et. al.,<br><br>            Defendant(s). | CASE NO. 5:13-cv-03135 EJD<br><br>**ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to any of the following cases currently pending before Judge Koh: Campbell v. Feld Entertainment Inc., Case No. 5:12-cv-04233 LHK, Ennis v. Feld Entertainment Inc., Case No. 5:13-cv-00233 LHK, and Cuviello v. Feld Entertainment Inc., Case No. 5:13-cv-03135 LHK.

**IT IS SO ORDERED.**

Dated: February 10, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-03135 EJD
ORDER REFERRING CASE TO JUDGE LUCY H. KOH FOR CONSIDERATION OF RELATED CASE STATUS