**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SHANNON CAMPBELL,

Plaintiff,

v.

FELD ENTERTAINMENT, INC., et al.,

Defendants.

MARK ENNIS,

Plaintiff,

v.

FELD ENTERTAINMENT, INC., et al.,

Defendants.

JOSEPH CUVIELLO,

Plaintiff,

v.

FELD ENTERTAINMENT, INC., et al.,

Defendants.

Case Nos.: 12-CV-04233-LHK
13-CV-00233-LHK
13-CV-03135-LHK

CASE MANAGEMENT ORDER

Plaintiffs' Attorneys: G. Whitney Leigh for Shannon Campbell; Matthew A. Siroka for Mark Ennis; Joseph Cuviello *pro se*
Defendants' Attorneys: Peter Harold Mason, Rubina Kazi, Todd Matthew Sorrell for Defendants

A case management conference was held on July 23, 2014, at 2:00 p.m. A further case management conference is set for November 6, 2014, at 1:30 p.m.

United States District Court
For the Northern District of California

By July 30, 2014 the parties in *Cuviello v. Feld Entertainment* (No. 13-CV-03135) shall stipulate to Plaintiff filing an amended complaint solely for the purpose of substituting individual defendant Jeff Taylor for individual defendant Jake Woolbrach.

The current case schedules for *Campbell v. Feld Entertainment* (No. 12-CV-04233), *Ennis v. Feld Entertainment* (No. 13-CV-00233), and *Cuviello v. Feld Entertainment* (No. 13-CV-03135) shall remain in effect.

The Court set the following page limits for combined dispositive motions in *Campbell v. Feld Entertainment* (No. 12-CV-04233) and *Ennis v. Feld Entertainment* (No. 13-CV-00233): 30 pages for opening briefs, 30 pages for opposition briefs, and 20 pages for replies. The page limits for dispositive motions in *Cuviello v. Feld Entertainment* (No. 13-CV-03135) are those provided in the Civil Local Rules. In all cases, the parties are limited to one motion for summary judgment or summary adjudication per side.

**IT IS SO ORDERED.**

Dated: July 23, 2014

Lucy H. Koh
LUCY H. KOH
United States District Judge