UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO individually,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FELD ENTERTAINMENT INC., (dba RINGLING BROS. AND BARNUM & BAILEY CIRCUS), RINGLING BROS. CIRCUS EMPLOYEE LORENZO DELMORAL, GEOFF TAYLOR and DOES 1 through 10, Jointly and Severally<br>　　　　　　Defendants. | **Case No. CV -13- 03135 LHK**<br><br>(**PROPOSED**) ORDER ALLOWING PLAINTIFF JOSEPH CUVIELLO TO FILE THIRD AMENDED COMPLAINT<br><br>**Date:**　　N/A<br>**Time:**　　N/A<br>**Courtroom:**　8, 4th Floor<br>**Judge:**　　The Hon. Lucy H. Koh |

　　It is hereby ordered that Plaintiff Joseph Cuviello shall be allowed to file a Third Amended Complaint ("TAC"), substituting the name "Geoff Taylor" for the name "Jake Woolbrach," wherever the latter appears in the Second Amended Complaint. Defendants' willingness to stipulate to the filing of the TAC shall not be construed as a waiver of any right that defendants may have, shall not be relied upon to prevent defendants from opposing or contesting any claim, allegation, or party in the TAC, and shall not be construed as an admission by defendants that "Geoff Taylor" is a proper defendant in this proceeding. Further, defendants' response to the Second Amended Complaint to be deemed responsive to the TAC and, unless defendants so choose, defendants shall not be required to file an additional responsive pleading

1 | to the TAC.

3 | DATED: August 1, 2014

*Lucy H. Koh*
Hon. Lucy H. Koh