United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>                Plaintiff,<br>   v.<br>FELD ENTERTAINMENT, INC., et al.,<br><br>                Defendants. | Case No.: 13-CV-03135-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court hereby CONTINUES the case management conference set for November 6, 2014, at 1:30 p.m. to January 15, 2015, at 1:30 p.m. The parties are ORDERED to mediate before Magistrate Judge Nathanael Cousins within ninety (90) days. The Court defers to Judge Cousins as to whether individual defendants will be permitted to participate in settlement proceedings telephonically.

**IT IS SO ORDERED.**

Dated: November 4, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-03135-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE