IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>Plaintiff,<br><br>v.<br><br>FELD ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 5:13-cv-03135-LHK (NC)<br><br>[PROPOSED] ORDER PERMITTING DEFENDANT LORENZO DEL MORAL TO APPEAR AT SETTLEMENT CONFERENCE VIA TELEPHONE<br><br>Date: January 23, 2015<br>Time: 9:30 a.m.<br>Ctrm: 7 |

Based upon the request of defendants Feld Entertainment Inc. and Lorenzo Del Moral ("Del Moral"), and there being no opposition thereto, it is ordered that Del Moral is excused from personal appearance and shall be available by telephone, if necessary, for the mediation set for January 23, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 22, 2015

**GRANTED**

Judge Nathanael M. Cousins

58319382.1

[PROPOSED] ORDER    (CASE NO. 5:13-CV-03135-LHK (NC))